UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    CASE NO.:  6:13-bk-02634-ABB

DANA CAROL NIPPER

     Debtor(s).

_____/


___X___  **Chapter 13 Plan**              _____  **Amended Chapter 13 Plan**

     COMES NOW, the Debtor(s) and files this Chapter 13 Plan.  The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:


PLAN PAYMENTS

| **Payment Number by months** | **Amount of Monthly Plan payment** |
| --- | --- |
| **1 - 60 (April 2013 – March 2018)** | **$ 455.00** |


     The Debtor(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| **Attorney Name** | **Claim Amount** | **Payment Amount** | **Payment Month Numbers** |
| --- | --- | --- | --- |
| Paul Lee | $2,500.00 | $91.75 | 1 - 27 |
|  |  | $22.75 | 28 |


**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee.

| **Name of Creditor** | **Claim Amount** | **Payment Amount** | **Payment Month Numbers** |
| --- | --- | --- | --- |

N/A

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| TD Bank | $100,000.00 | $0.00 | 1 - 60 (Surrender) |
| Nissan Motor Corp. | $16,736.26 @ 5.25% | $317.75 $318.01 | 1 - 59 60 (Paid in Full) |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

**Property to Be Surrendered:**

| Creditor Name: | Property Address: |
|---|---|
| TD Bank | 32150 Root Road Eustis, FL 32736 |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|
| N/A | | |

**The following Executory Contracts are rejected**:

**Name of Creditor:**                                                    **Description of Collateral:**

N/A

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.  Approximate percentage**: ____%**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 3rd day of April, 2013.

/s/ Paul Lee
PAUL LEE
Florida Bar #128133
Attorney for Debtor(s)
15930 U.S. Hwy 441, Suite C
Eustis, FL  32726
(352) 589-6000

### Chapter 13 Plan

Starting Payment Month                                    Apr-2013

## EXHIBIT A - PLAN 04/03/13
**NIPPER, DANA - 6:13-bk-02634-ABB**

| Payment Number | Month | Nissan Motor | TD Bank | Unsecured Debt | Attorney Fee | Trustee Fee | Debtor's Payment |
|---|---|---|---|---|---|---|---|
| | *Due 28th* | $19,065.26 | Surrender | | $2,500.00 | | |
| 1 | Apr-2013 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 2 | May-2013 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 3 | Jun-2013 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 4 | Jul-2013 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 5 | Aug-2013 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 6 | Sep-2013 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 7 | Oct-2013 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 8 | Nov-2013 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 9 | Dec-2013 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 10 | Jan-2014 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 11 | Feb-2014 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 12 | Mar-2014 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 13 | Apr-2014 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 14 | May-2014 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 15 | Jun-2014 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 16 | Jul-2014 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 17 | Aug-2014 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 18 | Sep-2014 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 19 | Oct-2014 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 20 | Nov-2014 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 21 | Dec-2014 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 22 | Jan-2015 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 23 | Feb-2015 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 24 | Mar-2015 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 25 | Apr-2015 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 26 | May-2015 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 27 | Jun-2015 | 317.75 | 0.00 | 0.00 | 91.75 | 45.50 | 455.00 |
| 28 | Jul-2015 | 317.75 | 0.00 | 69.00 | 22.75 | 45.50 | 455.00 |
| 29 | Aug-2015 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 30 | Sep-2015 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 31 | Oct-2015 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 32 | Nov-2015 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 33 | Dec-2015 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 34 | Jan-2016 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 35 | Feb-2016 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 36 | Mar-2016 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 37 | Apr-2016 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 38 | May-2016 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 39 | Jun-2016 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 40 | Jul-2016 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 41 | Aug-2016 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 42 | Sep-2016 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 43 | Oct-2016 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 44 | Nov-2016 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 45 | Dec-2016 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 46 | Jan-2017 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 47 | Feb-2017 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 48 | Mar-2017 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 49 | Apr-2017 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 50 | May-2017 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 51 | Jun-2017 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 52 | Jul-2017 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 53 | Aug-2017 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 54 | Sep-2017 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 55 | Oct-2017 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 56 | Nov-2017 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 57 | Dec-2017 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 58 | Jan-2018 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 59 | Feb-2018 | 317.75 | 0.00 | 91.75 | | 45.50 | 455.00 |
| 60 | Mar-2018 | 318.01 | 0.00 | 91.49 | | 45.50 | 455.00 |
| **Totals** | | **19,065.26** | **0.00** | **3,004.74** | **2,500.00** | **2,730.00** | **27,300.00** |

Label Matrix for local noticing
113A-6
Case 6:13-bk-02634-ABB
Middle District of Florida
Orlando
Wed Apr  3 12:48:31 EDT 2013

Dana Carol Nipper
404 W. 12th Avenue
Mount Dora, FL 32757-4266

American Education Services
Po Box 2461
Harrisburg, PA 17105-2461

Bank of America
Po Box 26012
Greensboro, NC 27420-6012

Chase
Po Box 15298
Wilmington, DE 19850-5298

First National Bank of Omaha
1620 Dodge Street Stop Code 3105
Omaha, NE 68197-0002

First National Bank of Omaha
Po Box 2951
Omaha, NE 68103-2951

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Gemb/Jcp
Attn: Bankruptcy Dept.
Po Box 103104
Roswell, GA 30076-9104

Gemb/Lowes
Attn: Bankruptcy Dept.
Po Box 103104
Roswell, GA 30076-9104

Gemb/Sams Club
Attn: Bankruptcy Dept.
Po Box 103104
Roswell, GA 30076-9104

HSBC
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197-5263

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Lake County Tax Collector
Attn:  Bob McKee
Post Office Box 327
Tavares FL 32778-0327

Nissan Motor Acceptance
Po Box 660366
Dallas, TX 75266-0366

TD Bank
Po Box 400
Fort Pierce, FL 34954-0400

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

Paul H Lee Jr+
15930 US Highway 441
Suite C
Eustis, FL 32726-6552

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman
Orlando

(d)Nissan Motor Acceptance Corporation
PO Box 660366 Dallas TX 75266-0366

End of Label Matrix
Mailable recipients    18
Bypassed recipients     2
Total                  20